UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 07CR2235-IEG |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| BRANDY PHELPS (2), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: <u>21:841(A)(1),18:2; 21:952,960, 18:2 of the Indictment.</u>

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 22, 2008

_____
IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE


~~ENTERED ON~~ _____